JAN P. JOHNSON
Chapter 13 Trustee
P. O. Box 1708
Sacramento, California 95812-1708
(916) 492-8001
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE: ) Case No: 08-36796 B13
) DC No. JPJ-03
)
ROBERT WEBSTER MACKENZIE, ) TRUSTEE'S OBJECTION
SADHANA SHERYL JONES ) TO ALLOWANCE OF CLAIM
)
) DATE: MAY 25, 2010
) TIME: 9:32 A.M.
Debtor(s) ) COURTROOM: 32

    JAN P. JOHNSON, Chapter 13 Trustee in the above referenced matter, objects to the claim of the creditor set forth below on the following grounds:

| | |
|---|---|
| Creditor Name: | Date Notice of Filed Claims served: 8/3/2009 |
| S T A R Community Credit Union | Non-governmental Bar Date: 4/15/2009 |
| Claim Amount: $13,816.51 | Governmental Bar Date: 5/18/2009 |
| Claim Filed: 3/04/2010 | Debtor/Debtor Attorney Bar Date: 10/2/2009 |
| Court's Claim Number: 15 | |

    The above noted claim was filed after the date set for filing claims pursuant to Federal Rule of Bankruptcy Procedure 3004 and/or the terms of the debtor's confirmed plan, and no request for extension of time was filed or approved by the Court. See exhibit A.

1

| | |
|---|---|
| 1 | WHEREFORE, the Trustee requests that the claim of S T A R Community Credit Union be |
| 2 | disallowed in its entirety. |
| 3 | |
| 4 | Dated: April 08, 2010 |
| 5 | |

Respectfully submitted,

/s/ Jan P. Johnson
Standing Chapter 13 Trustee